ACCEPTED
12-15-00017-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/24/2015 9:56:36 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/24/2015 9:56:36 PM
CATHY S. LUSK
Clerk

CAUSE NUMBER 12-15-00017-CR

| | | |
|---|---|---|
| ARTHUR JAMES WILLIAMS | § | IN THE |
| | § | |
| VS. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | COURT OF APPEALS |

## APPELLANT'S
### SECOND MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Arthur James Williams, by and through Colin D. McFall, Attorney of Record, in the above numbered and styled cause, pursuant to *Rule 10.5 (b)* and *Rule 38.6 (d)*, Texas Rules of Appellate Procedure, and for good cause moves this Court grant Appellant's Second Motion to Extend Time to File Brief. In support of said motion, the Appellant would respectfully show this Honorable Court the following:

I.

Pursuant to *Rule 10.5(b) (1) (A)*, Texas Rules of Appellate Procedure, Appellant's Brief is due on the 24th day of August 2015.

II.

Pursuant to *Rule 10.5(b) (1) (B)*, Texas Rules of Appellate Procedure, Appellant respectfully request a thirty (30) day extension of time to file Appellant's Brief. If granted, Appellant's Brief would be due on the 23rd day of September 2015.

III.

Pursuant to *Rule 10.5(b) (1) (C)*, Texas Rules of Appellate Procedure, Counsel relies on the following facts to reasonably explain the need for the requested extension:

Counsel is engaged in the multijurisdictional private practice of law. Counsel engages in the practice of family law, juvenile law, criminal defense and quasi criminal proceedings. Counsel operates two offices in the East Texas area. Counsel submits his work load is high. Because of the demands of private practice and a high work load, Counsel has not had an effective amount of time to draft an appellate brief. Counsel needs the requested extension of time to effectively represent Appellant. Appellant is entitled to the effective representation of Counsel.

IV.

Pursuant to *Rule 10.5(b) (1) (D)*, Texas Rules of Appellate Procedure, this is Counsel's second motion for an extension of time to file Appellant's Brief.

V.

Pursuant to *Rule 10.1(5)*, Texas Rules of Appellate Procedure, Counsel was not able to consult with opposing counsel, to confirm the instant motion is unopposed.

VI.

WHEREFORE, PREMISES CONSIDERED, Appellant Arthur James Williams, prays the Appellate Court grant Appellant's Second Motion to Extend Time to File Brief, and grant Counsel an additional thirty (30) days to file Appellant's Brief.

RESPECTFULLY SUBMITTED,

COLIN D. MCFALL
Attorney at Law
Texas Bar Number: 24027498

513 North Church Street
Palestine, Texas 75801-2962
Telephone: 903-723-1923
Facsimile: 903-723-0269
Email: cmcfall@mcfall-law-office.com

## CERTIFICATE OF SERVICE

I, Colin D. McFall, Attorney of Record for the above styled Appellant, hereby certify service of a true and correct copy of the above and foregoing document upon Anderson County Assistant Criminal District Attorney, Scott Holden, at sholden@co.anderson.tx.us, by email transmission, on the 24th day of August 2015.

RESPECTFULLY SUBMITTED,

COLIN D. MCFALL
Attorney at Law
Texas Bar Number: 24027498

513 North Church Street
Palestine, Texas 75801-2962
Telephone: 903-723-1923
Facsimile: 903-723-0269
Email: cmcfall@mcfall-law-office.com

CAUSE NUMBER 12-15-00017-CR

| ARTHUR JAMES WILLIAMS | § | IN THE |
|---|---|---|
| | § | |
| VS. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | COURT OF APPEALS |

**AFFIDAVIT**

BEFORE ME, the undersigned notary, on this day, personally appeared Colin D. McFall, a person whose identity is known to me. After I administered an oath to Colin D. McFall, upon his oath, he said:

"My name is Colin D. McFall. I am over eighteen (18) years of age, of sound mind and capable of making this Affidavit. I am the Attorney of Record for Arthur James Williams, in the above numbered and styled cause. I have read the Appellant's First Motion to Extend Time to File Brief and swear the facts relied on are within my personal knowledge.

_____
COLIN D. MCFALL

SWORN to and SUBSCRIBED before me by Colin D. McFall on the 24th day of August 2015.

_____
Notary Public in and for the State of Texas

My commission expires: 08-01-18



FALLON ASHLEY PIERCE
Notary Public, State of Texas
My Commission Expires
August 01, 2018